# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MICHAEL ALLEN KOSCHIK & LISA MARIE MELOCCHI |
| **Case Number:** | 18-23171-TPA    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 04, 2019 09:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 PGH TRUSTEE |

### *Matter:*

#35 - Final Confirmation of Plan Dated 1/16/19 NFC
+Objections By: Toyota Credit Corp & PHEPLE FCU
R / M #: 35 / 0

### *Appearances:*

Debtor: Kroll

Trustee: Winnecour / ~~Pail~~ / Katz / DeSimone

Creditor: Piscione for Pheple FCU

*Need amended plan to specify treatment for each specially classified student loan*

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all Creditors and certificate of service filed by 5/3/19.
   Objections are due on or before ~~6/3/19~~ 6/27/18
   A hearing on the Amended Plan is set for ~~_____~~ 6/27/18 at 10:00 AM

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

#### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: _____



FILED
APR 05 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

3/28/2019    4:42:55PM