# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |
|---|---|
| Debtor: | MICHAEL ALLEN KOSCHIK & LISA MARIE MELOCCHI |
| Case Number: | 18-23171-TPA    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 27, 2019 10:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 PGH TRUSTEE |

### Matter:

#50 - Amended Plan Dated 4/18/19 (NFC)
#51+Objections By: Toyota Motor Credit Corp
R / M #:  50 / 0

### Appearances:

Debtor: Kroll
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

**FILED**
JUL 0 2 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

### Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Contested Hearing: 7/12/19 at 12:00.
10. _____ Other:

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: 100% to unsecured creditors other than student loans. Student loans getting monthly payments in order to qualify for public service loan forgiveness. 6% to student loans = 35.
Student loans = $150,010.00 = $886.81 per month = 35.4%
Remaining General Un = $48,246.56 = 100%.
Plan feasible. Payments current.

6/24/2019   2:45:45PM