Case 18-23171-TPA    Doc 54    Filed 07/17/19    Entered 07/17/19 13:48:57    Desc Main
Document    Page 1 of 1

FILED
7/17/19 1:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-23171-TPA |
| Michael Allen Koschik<br>Lisa Marie Melocchi | :<br>:<br>: | Chapter: | 13 |
| *Debtor(s).* | :<br>:<br>: | Date:<br>Time: | 7/12/2019<br>12:00 |

### PROCEEDING MEMO

**MATTER:**    # 50 Contested Chapter 13 Plan Dated 04/18/2019

**APPEARANCES:**

|  |  |
|---|---|
| Debtor: | Maureen Kroll |
| People Federal Credit Union: | Ann Shapiro |
| Trustee: | Ronda Winnecour |

**NOTES:**

Kroll:    They are in a loan forgiveness program that would reduce their student loan debt.

Winnecour:    I am showing a 46% case.

Court:    You need a plan that simultaneously protects unsecured creditors. We will have another hearing in a year to see where we are to make sure payments are made.

Kroll:    We will amend the plan to include Ms. Shapiro's client is paid as promised.

**OUTCOME:**    Continued to conciliation for agreed upon terms satisfactory to the Court. Conciliation scheduled for August 29, 2019 at 9:30 A.M.

ljm