# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | Case No. 18-23171-TPA |
| Michael Allen Koschik and : | |
| Lisa Marie Melocchi, : | |
|    Debtors, : | Chapter 13 |
| : | |
| Michael Allen Koschik and : | |
| Lisa Marie Melocchi, : | Related to Document No. 60 |
|    Movants, : | |
| : | |
| Vs. : | |
| : | |
| Ronda J. Winnecour, Esquire, Trustee, : | |
|    Respondent. : | |

## CERTIFICATE OF SERVICE

I, Maureen Kroll, Esquire, certify under penalty of perjury that I have served a copy of the August 20, 2019 Amended Order of Court on the affected parties at the addresses on the attached matrix on August 22, 2019. The parties were served by U.S. first-class mail, postage prepaid.

08/22/2019                             /s/ Maureen Kroll, Esquire
                                          Attorney for Debtors/Movants.

                                          Pa. I.D. No. 61359

                                          8981 Norwin Avenue, Suite 203
                                          North Huntingdon, PA 15642

                                          724-863-6770 / 724-863-7265 (fax)

                                          maureen@mkroll.comcastbiz.net

# MAILING MATRIX

AES/PHEAA
P.O. Box 61047
Harrisburg, PA  17106

AES/PNC Bank
P.O. Box 61047
Harrisburg, PA  17106

Best Buy/CBNA
P.O. Box 6497
Sioux Falls, SD  57117

Capital One Bank USA NA
10700 Capital One Way
Richmond, VA  23060

CCS
P.O. Box 55126
Boston, MA  02205

Chase/Bank One Card Service
P.O. Box 15298
Wilmington, DE  19850

Comenity Bank/Avenue
P.O. Box 182789
Columbus, OH  43218

Comenity Bank/Chadwicks
P.O. Box 18279
Columbus, OH  43218

Comenity Bank/King Size
P.O. Box 182789
Columbus, OH  43218

Comenity Bank/Woman Within
P.O. Box 182789
Columbus, OH  43218

Department of Education/Navient
123 Justison Street, 3rd Floor
Wilmington, DE  19801

Everett & Hurite
Ophthalmic Association
P.O. Box 644804
Pittsburgh, PA  15264

FedLoan Servicing
P.O. Box 60610
Harrisburg, PA  17106

First Hermitage Bank
4140 National Bank
Hermitage, PA  16148

FNB Omaha
P.O. Box 3412
Omaha, NE  68197

Greater Pittsburgh Federal Credit Union
4415 Fifth Avenue, Suite 100
Pittsburgh, PA  15213

Jessica Dinkfelt
11340 James Street
Irwin, PA  15642

PayPal Credit
P.O. Box 71202
Charlotte, NC  28272

Quest Diagnostics
P.O. Box 740717
Cincinnati, OH  45274

RBS Citizens NA
1000 Lafayette Blvd.
Bridgeport, CT  06604

Receivables Outsourcing, LLC
P.O. Box 62850
Baltimore, MD  21264

SYNCB/JC Penney
P.O. Box 965007
Orlando, FL  32896

SYNCB/Mattress Firm
P.O. Box 965036
Orlando, FL  32896

SYNCB/Sams Club Dual Card
P.O. Box 965005
Orlando, FL  32896

SYNCB/Value City Furniture
P.O. Box 965036
Orlando, FL  32896

SYNCB/Walmart
P.O. Box 965024
Orlando, FL  32896

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541

TD Bank USA/Target Credit
P.O. Box 1470
Minneapolis, MN  55440

Toyota Financial Services
P.O. Box 5855
Carol Stream, IL  60197

UPMC Health Services
P.O. Box 371472
Pittsburgh, PA  15250

Westmoreland Community FCU
2900 Seminary Drive, Bldg. 6
Greensburg, PA  15601

Westmoreland Community Federal Credit Union
c/o Natalie Piscione, Esquire
Covelli Law Offices, P.C.
357 Regis Avenue, Suite 1
Pittsburgh, PA  15236

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

U.S. Trustee's Office
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Michael A. Koschik
Lisa M. Melocchi
11340 James Street
Irwin, PA  15642