FILED
8/20/19 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| | Case No. 18-23171-TPA |
| Michael Allen Koschik and | |
| Lisa Marie Melocchi, | |
|     Debtors, | Chapter 13 |
| | |
| Michael Allen Koschik and | |
| Lisa Marie Melocchi, | Related to Doc. Nos. 55, 57 |
|     Movants, | |
| | |
| Vs. | |
| | |
| Ronda J. Winnecour, Esquire, Trustee, | |
|     Respondent. | |

AMENDED
ORDER OF COURT

AND NOW, to-wit, this 20th day of August, 2019, upon consideration of Debtors'/Movants' Motion To Purchase Vehicle, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Debtors/Movants may purchase the 2014 Honda and to amend Debtors'/Movants' Plan payment to remove the Toyota Tacoma payment and add the Honda vehicle payment beginning September 1, 2019, and for the Plan to include payment of $452.25 per month made payable to Pinnacle Auto Sales for the remaining months in Debtors' Plan.

Prepared by:
Maureen Kroll, Esquire
Attorney for Debtors/Movants.

BY THE COURT:

_____
ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-23171-TPA
Michael Allen Koschik                                                 Chapter 13
Lisa Marie Melocchi
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: bsil              Page 1 of 1            Date Rcvd: Aug 20, 2019
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
db/jdb         +Michael Allen Koschik,    Lisa Marie Melocchi,    11340 James Street,    Irwin, PA 15642-4480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
          George Mills Conway, III    on behalf of U.S. Trustee   Office of the United States Trustee
           george.m.conway@usdoj.gov
          James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Maureen  Kroll    on behalf of Joint Debtor Lisa Marie Melocchi maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Maureen  Kroll    on behalf of Debtor Michael Allen Koschik maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Natalie N. Piscione    on behalf of Creditor    PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND
           COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com,   ndantonio@covellilaw.com
          Natalie N. Piscione    on behalf of Creditor    Westmoreland Community Federal Credit Union
           covellilawoffices@yahoo.com,   ndantonio@covellilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8