# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:*__

- **Debtor:** MICHAEL ALLEN KOSCHIK & LISA MARIE MELOCCHI
- **Case Number:** 18-23171-TPA       **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 29, 2019 09:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 PGH TRUSTEE

**Matter:**

#50 - Continued Confirmation of Plan Dated 4/18/19
R / M #:  50 / 0

**Appearances:**

Debtor: Kroll
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

Picsione - PHEPLE FCU.

**Proceedings:**

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by __9/27/19__
   Objections are due on or before __10/18/19__.
   A hearing on the Amended Plan is set for __11/7/19__ at __9:00__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

**For Judge Agresti cases:**
Student Loan Debt:  If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: _____

FILED
2019 SEP 24 PM 3:47
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH