**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/20/2019

IN RE:

MICHAEL ALLEN KOSCHIK
LISA MARIE MELOCCHI
11340 JAMES STREET
IRWIN, PA  15642
XXX-XX-7117          Debtor(s)

XXX-XX-4885

Case No.18-23171 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/20/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: TOYOTA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0298 |
| **COVELLI LAW OFFICES**<br>357 REGIS AVE<br>PITTSBURGH, PA  15236 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: WESTMORELAND COMM FCU/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:10<br>CLAIM:  0.00<br>COMMENT: CL10GOV*655.50/PL*655.60 X (60+2)=LMT*BGN 2/19 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 4165 |
| **TOYOTA LEASE TRUST**<br>C/O TOYOTA MOTOR CREDIT CORP<br>PO BOX 9490<br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  3,350.64<br>COMMENT: LEASE/SCH*5379@0%/PL@PIF | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: Y405 |
| **PHEPLE FEDERAL CREDIT UNION**<br>2900 SEMINARY DRIVE - BLDG G<br>GREENSBURG, PA  15601 | Trustee Claim Number:6   INT %: 1.99%<br>Court Claim Number:13<br>CLAIM:  16,983.84<br>COMMENT: CL13GOV*7801@WESTMORELAND COMM FCU@1.99%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3828 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY  14240-1375 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: $SLNT/PL@SPECIAL*DEFERRED/JSP*DKT | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY  14240-1375 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: $SLNT/PL@SPECIAL*DEFERRED/JSP | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:14<br>CLAIM:  0.00<br>COMMENT: PNC/SCH*DEFERRED/JSP*$SLNT/PL@SPECIAL*CL=1899.41*DK*FR PHEAA/PNC*D( | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 7117 |
| **BBY/CBNA**<br>POB 6497<br>SIOUX FALLS, SD  57117 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6724 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 4,826.16<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8444 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 8,975.39<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2393 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CASH COLLECTIONS SVCS**<br>PAYMENT PROCESSING CNTR<br>POB 55126<br>BOSTON, MA 02205-5216 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUEST DGNSTC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9138 |
| **CHASE CARD SERVICES****<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2195 |
| **CHASE CARD SERVICES****<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1484 |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 168.07<br>COMMENT: AVENUE/SCH*COMENITY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1013 |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 198.46<br>COMMENT: CHADWICKS/SCH*COMENITY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7901 |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,032.34<br>COMMENT: KING SIZE/SCH*COMENITY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3021 |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 338.65<br>COMMENT: WOMAN WITHIN/SCH*COMENITY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2291 |

| Creditor | Trustee Claim # / INT % | Court Claim # / Account No. | CRED DESC | Claim / Comment |
|---|---|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 21   INT %: 0.00% | Court Claim Number: 12 | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 4885 | CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*DEPT OF ED/SCH*CL=6487.10*FR PHEAA/FR |
| **NAVIENT**<br>123 S JUSTISON ST STE 30<br>WILMINGTON, DE 19801 | Trustee Claim Number: 22   INT %: 0.00% | Court Claim Number:<br> | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*DEPT OF ED/SCH*DKT |
| **NAVIENT**<br>123 S JUSTISON ST STE 30<br>WILMINGTON, DE 19801 | Trustee Claim Number: 23   INT %: 0.00% | Court Claim Number:<br> | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*DEPT OF ED/SCH*DKT |
| **NAVIENT**<br>123 S JUSTISON ST STE 30<br>WILMINGTON, DE 19801 | Trustee Claim Number: 24   INT %: 0.00% | Court Claim Number:<br> | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*DEPT OF ED/SCH*DKT |
| **NAVIENT**<br>123 S JUSTISON ST STE 30<br>WILMINGTON, DE 19801 | Trustee Claim Number: 25   INT %: 0.00% | Court Claim Number:<br> | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*DEPT OF ED/SCH*DKT |
| **NAVIENT**<br>123 S JUSTISON ST STE 30<br>WILMINGTON, DE 19801 | Trustee Claim Number: 26   INT %: 0.00% | Court Claim Number:<br> | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*DEPT OF ED/SCH*DKT |
| **NAVIENT**<br>123 S JUSTISON ST STE 30<br>WILMINGTON, DE 19801 | Trustee Claim Number: 27   INT %: 0.00% | Court Claim Number:<br> | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*DEPT OF ED/SCH*DKT |
| **NAVIENT**<br>123 S JUSTISON ST STE 30<br>WILMINGTON, DE 19801 | Trustee Claim Number: 28   INT %: 0.00% | Court Claim Number:<br> | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*DEPT OF ED/SCH*DKT |
| **EVERETT AND HURITE OPTHALMIC ASSOCIATION**<br>1835 FORBES AVE<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 29   INT %: 0.00% | Court Claim Number:<br> | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7947 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br>HARRISBURG, PA 17106 | Trustee Claim Number: 30   INT %: 0.00% | Court Claim Number:<br> | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*NT ADR/SCH |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA 17106 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*NT ADR/SCH | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA 17106 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*NT ADR/SCH | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA 17106 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*NT ADR/SCH | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA 17106 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*NT ADR/SCH | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: |
| **NAVIENT SOLUTIONS LLC O/B/O US DEPT OF E**<br>C/O US DEPARTMENT OF EDUCATION LOAN SE<br>PO BOX 4450<br><br>PORTLAND, OR 97208-4450 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 0.00<br>COMMENT: NO ACCT/SCH*$SLNT/PL@SPECIAL*DEFERRED/JSP*CL=69325.42 | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 7117 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br><br>ST LOUIS, MO 63179 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 11-2<br>CLAIM: 0.00<br>COMMENT: DEFERRED/JSP*$SLNT/PL@SPECIAL*NO ACCT/SCH*87138.27/CL*AMD*DKT | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 4885 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br><br>OMAHA, NE 68197-3106 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 4,088.19<br>COMMENT: NO ACCT/SCH*SHEETZ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6151 |
| **GREATER PITTSBURGH FCU**<br>WEBSTER HALL<br>4415 5TH AVE<br><br>PITTSBURGH, PA 15213-2654 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 8,988.55<br>COMMENT: LOAN DATE: 3/4/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4590 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 5,364.77<br>COMMENT: PAYPAL*FR SYNCHRONY BANK-DOC 81 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6682 |
| **QUEST DIAGNOSTIC VENTURE LLC**<br>PO BOX 740717<br><br>CINCINNATI, OH 45274 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| QUEST DIAGNOSTIC VENTURE LLC<br>PO BOX 740717<br>CINCINNATI, OH 45274 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0247 | CLAIM: 0.00<br>COMMENT: |
| CITIZENS BANK NA(*)<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1072 | CLAIM: 1,600.42<br>COMMENT: |
| MB/ROI<br>PO BOX 62850<br>BALTIMORE, MD 21264 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: UNIVERSITY OF PGH PHYSCNS/SCH |
| MB/ROI<br>PO BOX 62850<br>BALTIMORE, MD 21264 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7318 | CLAIM: 0.00<br>COMMENT: UPMC EAST/SCH |
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0298 | CLAIM: 4,897.69<br>COMMENT: 2981~JCP/SCH |
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6857 | CLAIM: 0.00<br>COMMENT: NT ADR~MATTRESS FIRM/SCH |
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 21 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8748 | CLAIM: 1,402.14<br>COMMENT: SAMS CLUB/SCH |
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~VALUE CITY FRNTR/SCH |
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 23 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5099 | CLAIM: 1,951.57<br>COMMENT: WALMART/SCH |
| TD BANK NA(*)<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME 04112 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2438 | CLAIM: 0.00<br>COMMENT: TARGET/SCH |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  482.50<br>COMMENT:  3773/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4885 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  191.69<br>COMMENT:  7318/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7117 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  194.52<br>COMMENT:  3773/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7117 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  101.98<br>COMMENT:  3773/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4885 |
| **VERIZON**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO  63304 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JESSICA DINKFELT**<br>11340 JAMES ST<br>IRWIN, PA  15642 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  65.56<br>COMMENT:  CL10GOV*$0/PL*THRU 1/19 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  4165 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:22<br>CLAIM:  1,544.06<br>COMMENT:  NT/SCH*SYNCHRONY HOME | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6360 |