FILED
2/26/20 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael Allen Koschik<br>Lisa Marie Melocchi<br>                           Debtor(s) | BK. NO. 18-23171 TPA |
| Toyota Motor Credit Corporation<br>                           Movant<br>           v.<br>Michael Allen Koschik<br>Lisa Marie Melocchi<br>                         Respondent<br>           and<br>Ronda J. Winnecour, Trustee<br>                         Additional Respondent | CHAPTER 13<br><br>Related to Docket #  93 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 26th day of February, 20200 upon Motion of Toyota Motor Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Tacoma, VIN: 5TFDZ5BN4GX013414, in a commercially reasonable manner.

_____
United States Bankruptcy Judge  **ljm**

Michael Allen Koschik
11340 James Street
Irwin, PA 15642

Lisa Marie Melocchi
11340 James Street
Irwin, PA 15642

Maureen Kroll Esq.
8981 Norwin Avenue (VIA ECF)
Suite 203
North Huntingdon, PA 15642
mkroll.sandy@verizon.net

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-23171-TPA
Michael Allen Koschik                                                 Chapter 13
Lisa Marie Melocchi
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Feb 26, 2020
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.
db/jdb         +Michael Allen Koschik,    Lisa Marie Melocchi,    11340 James Street,    Irwin, PA 15642-4480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
        George M Conway    on behalf of U.S. Trustee    Office of the United States Trustee
         george.m.conway@usdoj.gov
        James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        Maureen Kroll    on behalf of Joint Debtor Lisa Marie Melocchi maureen@mkroll.comcastbiz.net,
         lisa@mkroll.comcastbiz.net
        Maureen Kroll    on behalf of Debtor Michael Allen Koschik maureen@mkroll.comcastbiz.net,
         lisa@mkroll.comcastbiz.net
        Natalie N. Piscione    on behalf of Creditor    PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND
         COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com,   ndantonio@covellilaw.com
        Natalie N. Piscione    on behalf of Creditor    Westmoreland Community Federal Credit Union
         covellilawoffices@yahoo.com,   ndantonio@covellilaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                   TOTAL: 8