**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL ALLEN KOSCHIK<br>LISA MARIE MELOCCHI<br><br>            Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>            Movant<br>        vs.<br>PHEPLE FEDERAL CREDIT UNION<br><br>            Respondents | Case No. 18-23171TPA<br><br><br>Chapter 13<br><br><br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

FUNDS RETURNED WITHOUT EXPLANATION. TRUSTEE'S RECORDS SHOWS A BALANCE OWING ON THE CLAIM.

| | |
|---|---|
| PHEPLE FEDERAL CREDIT UNION<br>2900 SEMINARY DRIVE - BLDG G<br>GREENSBURG, PA 15601 | Court claim# 13/Trustee CID# 6 |

The Movant further certifies that on 06/08/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>     original creditor<br>     putative creditor<br>     counsel for debtor(s)<br>     counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>MICHAEL ALLEN KOSCHIK, LISA MARIE MELOCCHI, 11340 JAMES STREET, IRWIN, PA  15642 | DEBTOR'S COUNSEL:<br>MAUREEN KROLL, 8981 NORWIN AVE, STE 203, NORTH HUNTINGDON, PA  15642 |
| ORIGINAL CREDITOR'S COUNSEL:<br>COVELLI LAW OFFICES, 357 REGIS AVE, PITTSBURGH, PA  15236 | ORIGINAL CREDITOR:<br>PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE - BLDG G, GREENSBURG, PA  15601 |
| NEW CREDITOR: | |