Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael Allen Koschik** | : | Case No. 18−23171−TPA |
| **Lisa Marie Melocchi** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 102 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/9/22 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this ***The 25th of August, 2022***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 102 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) ***On or before October 11, 2022***, any ***Response***, including a consent to the ***Motion***, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This ***Motion*** is scheduled for hearing on ***November 9, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the ***Motion***. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a ***Response***, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

(4) If either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                    Case No. 18-23171-TPA

Michael Allen Koschik                                                                                                        Chapter 13

Lisa Marie Melocchi

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                         User: auto                                                           Page 1 of 4

Date Rcvd: Aug 25, 2022                                    Form ID: 300a                                     Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Allen Koschik, Lisa Marie Melocchi, 11340 James Street, Irwin, PA 15642-4480 |
| cr | ++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734 address filed with court:, Westmoreland Community Federal Credit Union, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURGH, PA 15602 |
| 14894587 | + | Everett & Hurite, Ophthalmic Association, P.O. Box 644804, Pittsburgh, PA 15264-4804 |
| 14894591 | + | Greater Pittsburgh Federal Credit Union, Webster Hall, 4415 Fifth Avenue, Pittsburgh, PA 15213-2664 |
| 14894592 | + | Jessica Dinkfelt, 11340 James Street, Irwin, PA 15642-4480 |
| 14894594 | + | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 14894596 | + | Receivables Outsourcing, LLC, P.O. Box 62850, Baltimore, MD 21264-2850 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 25 2022 23:38:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14894576 | + | Email/Text: bncnotifications@pheaa.org | Aug 25 2022 23:38:00 | AES/PHEAA, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14894577 | + | Email/Text: bncnotifications@pheaa.org | Aug 25 2022 23:38:00 | AES/PNC Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14894578 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 23:54:08 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14894580 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 25 2022 23:39:00 | CCS, P.O. Box 55126, Boston, MA 02205-5126 |
| 14982521 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 25 2022 23:38:00 | Citizens Bank NA, One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 14894595 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 25 2022 23:38:00 | RBS Citizens NA, 1000 Lafayette Blvd., Bridgeport, CT 06604 |
| 14984502 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:16 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14894579 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:16 | Capital One Bank USA NA, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 14894582 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 23:38:00 | Comenity Bank/Avenue, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14894583 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 23:38:00 | Comenity Bank/Chadwicks, P.O. Box 18279, |

| | | | | |
|---|---|---|---|---|
| | | | | Columbus, OH 43218 |
| 14894584 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 23:38:00 | Comenity Bank/King Size, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14894585 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 23:38:00 | Comenity Bank/Woman Within, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14894586 | + | Email/PDF: pa_dc_claims@navient.com | Aug 25 2022 23:43:50 | Department of Education/Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5360 |
| 15112937 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 25 2022 23:38:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14894590 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 25 2022 23:38:00 | FNB Omaha, P.O. Box 3412, Omaha, NE 68197 |
| 14979216 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 25 2022 23:38:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14894588 | + | Email/Text: bncnotifications@pheaa.org | Aug 25 2022 23:38:00 | FedLoan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14894589 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 25 2022 23:38:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14894581 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 25 2022 23:43:39 | Chase/Bank One Card Service, P.O. Box 15298, Wilmington, DE 19850 |
| 15160104 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2022 23:54:08 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15013658 | | Email/PDF: pa_dc_ed@navient.com | Aug 25 2022 23:43:25 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14995129 | + | Email/Text: bncnotifications@pheaa.org | Aug 25 2022 23:38:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14894825 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 25 2022 23:43:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14894593 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:14 | PayPal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 14978079 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2022 23:38:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14894597 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:11 | SYNCB/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14894598 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:39 | SYNCB/Mattress Firm, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14894599 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:39 | SYNCB/Sams Club Dual Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14894600 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:11 | SYNCB/Value City Furniture, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14894601 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:15 | SYNCB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15010590 | + | Email/Text: bncmail@w-legal.com | Aug 25 2022 23:39:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15008480 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14894602 | + | Email/Text: bncmail@w-legal.com | Aug 25 2022 23:38:00 | TD Bank USA/Target Credit, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 14894603 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 25 2022 23:38:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 14982693 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

Case 18-23171-TPA  Doc 112  Filed 08/27/22  Entered 08/28/22 00:28:15  Desc
Imaged Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: 300a | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 25 2022 23:38:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15239630 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2022 23:43:32 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986628 | | Email/Text: bncnotifications@pheaa.org | Aug 25 2022 23:38:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14894604 | ^ | MEBN | Aug 25 2022 23:37:40 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15001903 | ^ | MEBN | Aug 25 2022 23:38:02 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15001904 | ^ | MEBN | Aug 25 2022 23:37:50 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15112999 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14996564 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14996498 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, PHEPLE FEDERAL CREDIT UNION, F/K/A WESTMORELAND COMMUNITY FEDERAL CRE, 230 Theobold Avenue, GREENSBURG, PA 15601 |
| 14894605 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Westmoreland Community FCU, 2900 Seminary Drive, Bldg. 6, Greensburg, PA 15601 |
| cr | ##+ | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 2900 Seminary Drive, Building G, Greensburg, PA 15601-3734 |

TOTAL: 1 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: 300a | Total Noticed: 48 |

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

George M Conway
    on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov

Maureen Kroll
    on behalf of Debtor Michael Allen Koschik maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net

Maureen Kroll
    on behalf of Joint Debtor Lisa Marie Melocchi maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net

Natalie Norina Piscione
    on behalf of Creditor Westmoreland Community Federal Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com

Natalie Norina Piscione
    on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com ndantonio@covellilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9