**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL ALLEN KOSCHIK<br>LISA MARIE MELOCCHI<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:18-23171 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 24, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/07/2018 and confirmed on 3/6/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | | |
|---|---:|---:|---:|---:|
| Total Receipts | | | | 106,575.10 |
| Less Refunds to Debtor | | 2,491.57 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 104,083.53 |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 2,100.00 | | |
|   Trustee Fee | | 4,675.52 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 6,775.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 27,535.20 | 0.00 | 27,535.20 |
|     Acct: 4165 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 65.56 | 65.56 | 0.00 | 65.56 |
|     Acct: 4165 | | | | |
|   PHEPLE FEDERAL CREDIT UNION | 15,872.55 | 15,872.55 | 384.26 | 16,256.81 |
|     Acct: 3828 | | | | |
| | | | | 43,857.57 |
| **Priority** | | | | |
|   MAUREEN KROLL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL ALLEN KOSCHIK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL ALLEN KOSCHIK | 2,491.57 | 2,491.57 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAUREEN KROLL | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAUREEN KROLL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOYOTA LEASE TRUST | 3,350.64 | 3,350.64 | 0.00 | 3,350.64 |
|     Acct: Y405 | | | | |
| | | | | 3,350.64 |
| **Unsecured** | | | | |
|   AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7117 | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4885 | | | | |
|   NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O US DEPA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7117 | | | | |
| | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4885 | | | | |
| | BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6724 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 4,826.16 | 4,826.16 | 0.00 | 4,826.16 |
| | Acct: 8444 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 8,975.39 | 8,975.39 | 0.00 | 8,975.39 |
| | Acct: 2393 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CASH COLLECTIONS SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9138 | | | | |
| | CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2195 | | | | |
| | CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1484 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 168.07 | 168.07 | 0.00 | 168.07 |
| | Acct: 1013 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 198.46 | 198.46 | 0.00 | 198.46 |
| | Acct: 7901 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 1,032.34 | 1,032.34 | 0.00 | 1,032.34 |
| | Acct: 3021 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 338.65 | 338.65 | 0.00 | 338.65 |
| | Acct: 2291 | | | | |
| | EVERETT AND HURITE OPTHALMIC ASSC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7947 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 4,088.19 | 4,088.19 | 0.00 | 4,088.19 |
| | Acct: 6151 | | | | |
| | GREATER PITTSBURGH FCU | 8,988.55 | 8,988.55 | 0.00 | 8,988.55 |
| | Acct: 4590 | | | | |
| | LVNV FUNDING LLC | 5,364.77 | 5,364.77 | 0.00 | 5,364.77 |
| | Acct: 6682 | | | | |
| | QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0247 | | | | |
| | CITIZENS BANK NA(*) | 1,600.42 | 1,600.42 | 0.00 | 1,600.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1072 | | | | |
|   MB/ROI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MB/ROI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7318 | | | | |
|   SYNCHRONY BANK | 4,897.69 | 4,897.69 | 0.00 | 4,897.69 |
| Acct: 0298 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6857 | | | | |
|   SYNCHRONY BANK | 1,402.14 | 1,402.14 | 0.00 | 1,402.14 |
| Acct: 8748 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SYNCHRONY BANK | 1,951.57 | 1,951.57 | 0.00 | 1,951.57 |
| Acct: 5099 | | | | |
|   TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2438 | | | | |
|   UPMC HEALTH SERVICES | 482.50 | 482.50 | 0.00 | 482.50 |
| Acct: 4885 | | | | |
|   UPMC HEALTH SERVICES | 191.69 | 191.69 | 0.00 | 191.69 |
| Acct: 7117 | | | | |
|   UPMC PHYSICIAN SERVICES | 194.52 | 194.52 | 0.00 | 194.52 |
| Acct: 7117 | | | | |
|   UPMC PHYSICIAN SERVICES | 101.98 | 101.98 | 0.00 | 101.98 |
| Acct: 4885 | | | | |
|   SYNCHRONY BANK | 1,544.06 | 1,544.06 | 0.00 | 1,544.06 |
| Acct: 6360 | | | | |
|   TOYOTA LEASE TRUST | 3,752.65 | 3,752.65 | 0.00 | 3,752.65 |
| Acct: 4405 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0298 | | | | |
|   COVELLI LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JESSICA DINKFELT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 50,099.80 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 97,308.01 |

TOTAL CLAIMED
  PRIORITY          3,350.64
  SECURED          15,938.11
  UNSECURED      50,099.80

Date: 08/24/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   MICHAEL ALLEN KOSCHIK
   LISA MARIE MELOCCHI
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:18-23171 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-23171-TPA
Michael Allen Koschik  Chapter 13
Lisa Marie Melocchi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Aug 25, 2022      Form ID: pdf900      Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Allen Koschik, Lisa Marie Melocchi, 11340 James Street, Irwin, PA 15642-4480 |
| cr | ++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734 address filed with court:, Westmoreland Community Federal Credit Union, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURGH, PA 15602 |
| 14894587 | + | Everett & Hurite, Ophthalmic Association, P.O. Box 644804, Pittsburgh, PA 15264-4804 |
| 14894591 | + | Greater Pittsburgh Federal Credit Union, Webster Hall, 4415 Fifth Avenue, Pittsburgh, PA 15213-2664 |
| 14894592 | + | Jessica Dinkfelt, 11340 James Street, Irwin, PA 15642-4480 |
| 14894594 | + | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 14894596 | + | Receivables Outsourcing, LLC, P.O. Box 62850, Baltimore, MD 21264-2850 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 25 2022 23:38:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14894576 | + | Email/Text: bncnotifications@pheaa.org | Aug 25 2022 23:38:00 | AES/PHEAA, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14894577 | + | Email/Text: bncnotifications@pheaa.org | Aug 25 2022 23:38:00 | AES/PNC Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14894578 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 23:54:06 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14894580 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 25 2022 23:39:00 | CCS, P.O. Box 55126, Boston, MA 02205-5126 |
| 14982521 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 25 2022 23:38:00 | Citizens Bank NA, One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 14894595 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 25 2022 23:38:00 | RBS Citizens NA, 1000 Lafayette Blvd., Bridgeport, CT 06604 |
| 14984502 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14894579 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:17 | Capital One Bank USA NA, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 14894582 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 23:38:00 | Comenity Bank/Avenue, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14894583 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 23:38:00 | Comenity Bank/Chadwicks, P.O. Box 18279, |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43218 |
| 14894584 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 25 2022 23:38:00 | | Comenity Bank/King Size, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14894585 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 25 2022 23:38:00 | | Comenity Bank/Woman Within, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14894586 | + | Email/PDF: pa_dc_claims@navient.com | Aug 25 2022 23:43:50 | Department of Education/Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5360 |
| 15112937 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 25 2022 23:38:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14894590 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 25 2022 23:38:00 | FNB Omaha, P.O. Box 3412, Omaha, NE 68197 |
| 14979216 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 25 2022 23:38:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14894588 | + | Email/Text: bncnotifications@pheaa.org | Aug 25 2022 23:38:00 | FedLoan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14894589 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 25 2022 23:38:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14894581 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 25 2022 23:43:49 | Chase/Bank One Card Service, P.O. Box 15298, Wilmington, DE 19850 |
| 15160104 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2022 23:43:44 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15013658 | | Email/PDF: pa_dc_ed@navient.com | Aug 25 2022 23:43:41 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14995129 | + | Email/Text: bncnotifications@pheaa.org | Aug 25 2022 23:38:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14894825 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 25 2022 23:43:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14894593 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:40 | PayPal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 14978079 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2022 23:38:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14894597 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:15 | SYNCB/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14894598 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:15 | SYNCB/Mattress Firm, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14894599 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:12 | SYNCB/Sams Club Dual Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14894600 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:14 | SYNCB/Value City Furniture, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14894601 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:40 | SYNCB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15010590 | + | Email/Text: bncmail@w-legal.com | Aug 25 2022 23:39:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15008480 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14894602 | + | Email/Text: bncmail@w-legal.com | Aug 25 2022 23:38:00 | TD Bank USA/Target Credit, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 14894603 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 25 2022 23:38:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 14982693 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 48 |

| | | Aug 25 2022 23:38:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
|---|---|---|---|
| 15239630 | Email/PDF: bncnotices@becket-lee.com | Aug 25 2022 23:43:44 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986628 | Email/Text: bncnotifications@pheaa.org | Aug 25 2022 23:38:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14894604 | ^ MEBN | Aug 25 2022 23:37:41 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15001903 | ^ MEBN | Aug 25 2022 23:38:03 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15001904 | ^ MEBN | Aug 25 2022 23:37:51 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15112999 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14996564 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14996498 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, PHEPLE FEDERAL CREDIT UNION, F/K/A WESTMORELAND COMMUNITY FEDERAL CRE, 230 Theobold Avenue, GREENSBURG, PA 15601 |
| 14894605 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Westmoreland Community FCU, 2900 Seminary Drive, Bldg. 6, Greensburg, PA 15601 |
| cr | ##+ | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 2900 Seminary Drive, Building G, Greensburg, PA 15601-3734 |

TOTAL: 1 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 48 |

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

George M Conway
    on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov

Maureen Kroll
    on behalf of Debtor Michael Allen Koschik maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net

Maureen Kroll
    on behalf of Joint Debtor Lisa Marie Melocchi maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net

Natalie Norina Piscione
    on behalf of Creditor Westmoreland Community Federal Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com

Natalie Norina Piscione
    on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com ndantonio@covellilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9