**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael Allen Koschik<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7117<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lisa Marie Melocchi<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4885<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–23171–JAD

## Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Allen Koschik                                    Lisa Marie Melocchi

10/18/22                                    **By the court:** Jeffery A. Deller
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23171-JAD |
| Michael Allen Koschik | Chapter 13 |
| Lisa Marie Melocchi | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 18, 2022 | Form ID: 3180W | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Allen Koschik, Lisa Marie Melocchi, 11340 James Street, Irwin, PA 15642-4480 |
| cr | ++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734 address filed with court:, Westmoreland Community Federal Credit Union, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURGH, PA 15602 |
| 14894587 | + | Everett & Hurite, Ophthalmic Association, P.O. Box 644804, Pittsburgh, PA 15264-4804 |
| 14894591 | + | Greater Pittsburgh Federal Credit Union, Webster Hall, 4415 Fifth Avenue, Pittsburgh, PA 15213-2664 |
| 14894592 | + | Jessica Dinkfelt, 11340 James Street, Irwin, PA 15642-4480 |
| 14894594 | + | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 14894596 | + | Receivables Outsourcing, LLC, P.O. Box 62850, Baltimore, MD 21264-2850 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 19 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 19 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2022 23:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 18 2022 23:44:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14894576 | + | Email/Text: bncnotifications@pheaa.org | Oct 18 2022 23:44:00 | AES/PHEAA, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14894577 | + | Email/Text: bncnotifications@pheaa.org | Oct 18 2022 23:44:00 | AES/PNC Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14894578 | + | EDI: CITICORP.COM | Oct 19 2022 03:43:00 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14894580 | + | EDI: CCS.COM | Oct 19 2022 03:43:00 | CCS, P.O. Box 55126, Boston, MA 02205-5126 |

Case 18-23171-JAD   Doc 119   Filed 10/20/22   Entered 10/21/22 00:25:36   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: 3180W | Total Noticed: 50 |

| Recipient ID | | Notice Method | Date/Time | Recipient Address |
|---|---|---|---|---|
| 14982521 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 18 2022 23:44:00 | Citizens Bank NA, One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 14894595 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 18 2022 23:44:00 | RBS Citizens NA, 1000 Lafayette Blvd., Bridgeport, CT 06604 |
| 14984502 | | EDI: CAPITALONE.COM | Oct 19 2022 03:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14894579 | + | EDI: CAPITALONE.COM | Oct 19 2022 03:43:00 | Capital One Bank USA NA, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 14894582 | + | EDI: WFNNB.COM | Oct 19 2022 03:43:00 | Comenity Bank/Avenue, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14894583 | | EDI: WFNNB.COM | Oct 19 2022 03:43:00 | Comenity Bank/Chadwicks, P.O. Box 18279, Columbus, OH 43218 |
| 14894584 | + | EDI: WFNNB.COM | Oct 19 2022 03:43:00 | Comenity Bank/King Size, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14894585 | + | EDI: WFNNB.COM | Oct 19 2022 03:43:00 | Comenity Bank/Woman Within, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14894586 | + | Email/PDF: pa_dc_claims@navient.com | Oct 18 2022 23:55:17 | Department of Education/Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5360 |
| 15112937 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 18 2022 23:44:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14894590 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 18 2022 23:44:00 | FNB Omaha, P.O. Box 3412, Omaha, NE 68197 |
| 14979216 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 18 2022 23:44:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14894588 | + | Email/Text: bncnotifications@pheaa.org | Oct 18 2022 23:44:00 | FedLoan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14894589 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 18 2022 23:44:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14894581 | | EDI: JPMORGANCHASE | Oct 19 2022 03:43:00 | Chase/Bank One Card Service, P.O. Box 15298, Wilmington, DE 19850 |
| 15160104 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2022 23:55:13 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15013658 | | EDI: NAVIENTFKASMDOE.COM | Oct 19 2022 03:43:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14995129 | + | Email/Text: bncnotifications@pheaa.org | Oct 18 2022 23:44:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14894825 | + | EDI: RECOVERYCORP.COM | Oct 19 2022 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14894593 | + | EDI: RMSC.COM | Oct 19 2022 03:43:00 | PayPal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 14978079 | | EDI: Q3G.COM | Oct 19 2022 03:43:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14894597 | + | EDI: RMSC.COM | Oct 19 2022 03:43:00 | SYNCB/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14894598 | + | EDI: RMSC.COM | Oct 19 2022 03:43:00 | SYNCB/Mattress Firm, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14894599 | + | EDI: RMSC.COM | Oct 19 2022 03:43:00 | SYNCB/Sams Club Dual Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14894600 | + | EDI: RMSC.COM | Oct 19 2022 03:43:00 | SYNCB/Value City Furniture, P.O. Box 965036, Orlando, FL 32896-5036 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: 3180W | Total Noticed: 50 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14894601 | + | EDI: RMSC.COM | Oct 19 2022 03:43:00 | SYNCB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15010590 | + | Email/Text: bncmail@w-legal.com | Oct 18 2022 23:45:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15008480 | + | EDI: RMSC.COM | Oct 19 2022 03:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14894602 | + | EDI: WTRRNBANK.COM | Oct 19 2022 03:43:00 | TD Bank USA/Target Credit, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 14894603 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 18 2022 23:44:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 14982693 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 18 2022 23:44:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15239630 | | Email/PDF: bncnotices@becket-lee.com | Oct 18 2022 23:55:21 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986628 | | Email/Text: bncnotifications@pheaa.org | Oct 18 2022 23:44:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14894604 | ^ | MEBN | Oct 18 2022 23:42:25 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15001903 | ^ | MEBN | Oct 18 2022 23:42:47 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15001904 | ^ | MEBN | Oct 18 2022 23:43:52 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15112999 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14996564 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14996498 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, PHEPLE FEDERAL CREDIT UNION, F/K/A WESTMORELAND COMMUNITY FEDERAL CRE, 230 Theobold Avenue, GREENSBURG, PA 15601 |
| 14894605 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Westmoreland Community FCU, 2900 Seminary Drive, Bldg. 6, Greensburg, PA 15601 |
| cr | ##+ | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 2900 Seminary Drive, Building G, Greensburg, PA 15601-3734 |

TOTAL: 1 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Oct 18, 2022 | Form ID: 3180W | Total Noticed: 50

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Maureen Kroll | on behalf of Debtor Michael Allen Koschik maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net |
| Maureen Kroll | on behalf of Joint Debtor Lisa Marie Melocchi maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net |
| Natalie Norina Piscione | on behalf of Creditor Westmoreland Community Federal Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com |
| Natalie Norina Piscione | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com ndantonio@covellilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9