**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/18/22 12:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MICHAEL ALLEN KOSCHIK
LISA MARIE MELOCCHI
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-23171 JAD

Chapter 13

Document No.: 110

## ORDER OF COURT

AND NOW, this \_\_\_\_18th\_\_\_\_ day of \_\_\_\_October\_\_\_\_, 20 22 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ dak
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23171-JAD |
| Michael Allen Koschik | Chapter 13 |
| Lisa Marie Melocchi | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 18, 2022 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Allen Koschik, Lisa Marie Melocchi, 11340 James Street, Irwin, PA 15642-4480 |
| cr | ++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734 address filed with court:, Westmoreland Community Federal Credit Union, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURGH, PA 15602 |
| 14894587 | + | Everett & Hurite, Ophthalmic Association, P.O. Box 644804, Pittsburgh, PA 15264-4804 |
| 14894591 | + | Greater Pittsburgh Federal Credit Union, Webster Hall, 4415 Fifth Avenue, Pittsburgh, PA 15213-2664 |
| 14894592 | + | Jessica Dinkfelt, 11340 James Street, Irwin, PA 15642-4480 |
| 14894594 | + | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 14894596 | + | Receivables Outsourcing, LLC, P.O. Box 62850, Baltimore, MD 21264-2850 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 18 2022 23:44:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14894576 | + | Email/Text: bncnotifications@pheaa.org | Oct 18 2022 23:44:00 | AES/PHEAA, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14894577 | + | Email/Text: bncnotifications@pheaa.org | Oct 18 2022 23:44:00 | AES/PNC Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14894578 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2022 23:55:24 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14894580 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 18 2022 23:45:00 | CCS, P.O. Box 55126, Boston, MA 02205-5126 |
| 14982521 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 18 2022 23:44:00 | Citizens Bank NA, One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 14894595 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 18 2022 23:44:00 | RBS Citizens NA, 1000 Lafayette Blvd., Bridgeport, CT 06604 |
| 14984502 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2022 23:55:09 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14894579 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2022 23:55:18 | Capital One Bank USA NA, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 14894582 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2022 23:44:00 | Comenity Bank/Avenue, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14894583 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2022 23:44:00 | Comenity Bank/Chadwicks, P.O. Box 18279, |

Case 18-23171-JAD   Doc 120   Filed 10/20/22   Entered 10/21/22 00:25:36   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14894584 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2022 23:44:00 | Comenity Bank/King Size, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14894585 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2022 23:44:00 | Comenity Bank/Woman Within, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14894586 | + | Email/PDF: pa_dc_claims@navient.com | Oct 18 2022 23:55:07 | Department of Education/Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5360 |
| 15112937 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 18 2022 23:44:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14894590 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 18 2022 23:44:00 | FNB Omaha, P.O. Box 3412, Omaha, NE 68197 |
| 14979216 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 18 2022 23:44:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14894588 | + | Email/Text: bncnotifications@pheaa.org | Oct 18 2022 23:44:00 | FedLoan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14894589 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 18 2022 23:44:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14894581 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2022 23:55:32 | Chase/Bank One Card Service, P.O. Box 15298, Wilmington, DE 19850 |
| 15160104 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2022 23:55:38 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15013658 | | Email/PDF: pa_dc_ed@navient.com | Oct 18 2022 23:55:09 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14995129 | + | Email/Text: bncnotifications@pheaa.org | Oct 18 2022 23:44:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14894825 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 18 2022 23:55:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14894593 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2022 23:55:34 | PayPal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 14978079 | | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2022 23:44:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14894597 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2022 23:55:18 | SYNCB/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14894598 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2022 23:55:09 | SYNCB/Mattress Firm, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14894599 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2022 23:55:35 | SYNCB/Sams Club Dual Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14894600 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2022 23:55:08 | SYNCB/Value City Furniture, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14894601 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2022 23:55:11 | SYNCB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15010590 | + | Email/Text: bncmail@w-legal.com | Oct 18 2022 23:45:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15008480 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2022 23:55:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14894602 | + | Email/Text: bncmail@w-legal.com | Oct 18 2022 23:44:00 | TD Bank USA/Target Credit, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 14894603 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 18 2022 23:44:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 14982693 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: pdf900 | Total Noticed: 48 |

| | | Oct 18 2022 23:44:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
|---|---|---|---|
| 15239630 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Oct 18 2022 23:55:35 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986628 | Email/Text: bncnotifications@pheaa.org | | |
| | | Oct 18 2022 23:44:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14894604 | ^ MEBN | | |
| | | Oct 18 2022 23:42:22 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15001903 | ^ MEBN | | |
| | | Oct 18 2022 23:42:49 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15001904 | ^ MEBN | | |
| | | Oct 18 2022 23:43:53 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15112999 | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14996564 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14996498 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, PHEPLE FEDERAL CREDIT UNION, F/K/A WESTMORELAND COMMUNITY FEDERAL CRE, 230 Theobold Avenue, GREENSBURG, PA 15601 |
| 14894605 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Westmoreland Community FCU, 2900 Seminary Drive, Bldg. 6, Greensburg, PA 15601 |
| cr | ##+ | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 2900 Seminary Drive, Building G, Greensburg, PA 15601-3734 |

TOTAL: 1 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: pdf900 | Total Noticed: 48 |

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

George M Conway
    on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov

Maureen Kroll
    on behalf of Debtor Michael Allen Koschik maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net

Maureen Kroll
    on behalf of Joint Debtor Lisa Marie Melocchi maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net

Natalie Norina Piscione
    on behalf of Creditor Westmoreland Community Federal Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com

Natalie Norina Piscione
    on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com ndantonio@covellilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9