**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL ALLEN KOSCHIK<br>LISA MARIE MELOCCHI<br>     Debtor(s)<br><br>Ronda J. Winnecour<br>     Movant<br>     vs.<br>No Repondents. | Case No.:18-23171 JAD<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/07/2018 and confirmed on 03/06/2019 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 106,575.10 |
| Less Refunds to Debtor | 2,491.57 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,083.53 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,100.00 | |
|    Trustee Fee | 4,675.52 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,775.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 27,535.20 | 0.00 | 27,535.20 |
|     Acct: 4165 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 65.56 | 65.56 | 0.00 | 65.56 |
|     Acct: 4165 | | | | |
|   PHEPLE FEDERAL CREDIT UNION | 15,872.55 | 15,872.55 | 384.26 | 16,256.81 |
|     Acct: 3828 | | | | |
| | | | | 43,857.57 |
| **Priority** | | | | |
|   MAUREEN KROLL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL ALLEN KOSCHIK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL ALLEN KOSCHIK | 2,491.57 | 2,491.57 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL ALLEN KOSCHIK | 56.32 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAUREEN KROLL | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 18-23171 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   MAUREEN KROLL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOYOTA LEASE TRUST | 3,350.64 | 3,350.64 | 0.00 | 3,350.64 |
|     Acct: Y405 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 56.32 | 56.32 | 0.00 | 56.32 |
|     Acct: XXXXXXXXXXXXXXXXX3171 | | | | |
| | | | | 3,406.96 |
| **Unsecured** | | | | |
|   AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7117 | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4885 | | | | |
|   NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NAVIENT SOLUTIONS LLC O/B/O US DEPA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7117 | | | | |
|   US DEPARTMENT OF EDUCATION++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4885 | | | | |
|   BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6724 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC. | 4,826.16 | 4,826.16 | 0.00 | 4,826.16 |
|     Acct: 8444 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC. | 8,975.39 | 8,975.39 | 0.00 | 8,975.39 |
|     Acct: 2393 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CASH COLLECTIONS SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9138 | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2195 | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1484 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| QUANTUM3 GROUP LLC - AGENT MOMA<br>Acct: 1013 | 168.07 | 168.07 | 0.00 | 168.07 |
| QUANTUM3 GROUP LLC - AGENT MOMA<br>Acct: 7901 | 198.46 | 198.46 | 0.00 | 198.46 |
| QUANTUM3 GROUP LLC - AGENT MOMA<br>Acct: 3021 | 1,032.34 | 1,032.34 | 0.00 | 1,032.34 |
| QUANTUM3 GROUP LLC - AGENT MOMA<br>Acct: 2291 | 338.65 | 338.65 | 0.00 | 338.65 |
| EVERETT AND HURITE OPTHALMIC ASSO<br>Acct: 7947 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA(*)<br>Acct: 6151 | 4,088.19 | 4,088.19 | 0.00 | 4,088.19 |
| GREATER PITTSBURGH FCU<br>Acct: 4590 | 8,988.55 | 8,988.55 | 0.00 | 8,988.55 |
| LVNV FUNDING LLC<br>Acct: 6682 | 5,364.77 | 5,364.77 | 0.00 | 5,364.77 |
| QUEST DIAGNOSTIC VENTURE LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTIC VENTURE LLC<br>Acct: 0247 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIZENS BANK NA<br>Acct: 1072 | 1,600.42 | 1,600.42 | 0.00 | 1,600.42 |
| MB/ROI<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MB/ROI<br>Acct: 7318 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 0298 | 4,897.69 | 4,897.69 | 0.00 | 4,897.69 |
| SYNCHRONY BANK<br>Acct: 6857 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 8748 | 1,402.14 | 1,402.14 | 0.00 | 1,402.14 |
| SYNCHRONY BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 5099 | 1,951.57 | 1,951.57 | 0.00 | 1,951.57 |
| TD BANK NA(*)<br>Acct: 2438 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES<br>Acct: 4885 | 482.50 | 482.50 | 0.00 | 482.50 |
| UPMC HEALTH SERVICES<br>Acct: 7117 | 191.69 | 191.69 | 0.00 | 191.69 |
| UPMC PHYSICIAN SERVICES<br>Acct: 7117 | 194.52 | 194.52 | 0.00 | 194.52 |
| UPMC PHYSICIAN SERVICES<br>Acct: 4885 | 101.98 | 101.98 | 0.00 | 101.98 |
| SYNCHRONY BANK<br>Acct: 6360 | 1,487.74 | 1,487.74 | 0.00 | 1,487.74 |
| TOYOTA LEASE TRUST<br>Acct: 4405 | 3,752.65 | 3,752.65 | 0.00 | 3,752.65 |
| BRIAN C NICHOLAS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 0298 | 0.00 | 0.00 | 0.00 | 0.00 |
| COVELLI LAW OFFICES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JESSICA DINKFELT | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | 50,043.48 |
| **TOTAL PAID TO CREDITORS** | | | | | 97,308.01 |

TOTAL CLAIMED
PRIORITY            3,406.96
SECURED            15,938.11
UNSECURED          50.043.48

Date: 04/13/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com